# United States District Court
# Central District of California

| | |
|---|---|
| JAMES WARD, individually and on behalf of all others similarly situated, <br><br>    Plaintiff, <br><br>  v. <br><br>MIDLAND CREDIT MANAGEMENT, INC., <br><br>    Defendants. | Case No. 2:14-cv-9435-ODW(FFMx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

  In light of the Notice of Settlement (ECF No. 17), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by June 3, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

  **IT IS SO ORDERED.**

  April 3, 2015

                _____
                  OTIS D. WRIGHT, II
                UNITED STATES DISTRICT JUDGE